UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GOLDEN,<br><br>    Petitioner,<br><br>  v.<br><br>M. E. SPEARMAN,<br><br>    Respondent. | Case No.   1:18-cv-01003-DAD-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 18 |

Petitioner Jerome Golden, a state prisoner without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2254.  ECF No. 10.  Respondent moved to dismiss the petition.  ECF No. 14.  On May 19, 2020, petitioner moved for a 90-day extension of time to file his response to respondent's motion to dismiss.  ECF No. 18.  For good cause shown, petitioner's motion is granted.  His response is now due on August 19, 2020.  No further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   June 9, 2020

UNITED STATES MAGISTRATE JUDGE

1

No. 206.